JOSEPH PODLESNEY, Respondent, v. RUSSKY GOLOS PUBLISHING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BROWN-BRAND REALTY COMPANY, INC., Respondent, v. SAKS & COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARCHIBALD AND LEWIS COMPANY, Respondent, v. GEORGES VEMIAN, Defendant, Impleaded with SOCIETE ANONYME LEU & COMPAGNIE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACK SCOBEL, Appellant, v. PHILIP CHAPMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALICE KING, Appellant, v. ARTHUR W. LITTLE and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALLEN E. CLOUGH, Appellant, v. BUSH TERMINAL BUILDINGS COMPANY, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARTIN NATHAN COMPANY, Respondent, v. JACQUES ROSCOTT and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and·Martin, JJ.

HANDY BROS. CONTRACTING CO., INC., Respondent, v. MOSHOLU APARTMENTS, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

ROBERTA DIER, Appellant, v. STEPHEN J. KELLY and Others, Copartners, etc., Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent and vote to reverse and reinstate verdict.

JOSEPH MELTZER, Respondent, v. ISBRANDTSEN MOLLER COMPANY, a Corporation, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Dowling, J., dissent and vote for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CAMPBELL and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS M. ARLOTTA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ALUTTO and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH P. QUINN and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MONTE-

FORTE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOAQUINA HERNANDEZ, Respondent, v. STADIUM PURCHASING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion    Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MIGUEL HERNANDEZ, Respondent, v. STADIUM PURCHASING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARTIN C. ANSORGE, Respondent, v. LOUIS W. DUMONT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ETHEL DEMBOFSKY v. THE CITY OF NEW YORK.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

VANNET DOWNING, as Administratrix, etc., of JOHN DOWNING, Deceased, v. THE CITY OF NEW YORK.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD F. ROBINSON v. GEORGE V. McLAUGHLIN, as Police Commissioner, etc.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE TUTTLE BROKAW, Life Tenant under and by Virtue of the Last Will and Testament of ISAAC V. BROKAW, Deceased (Premises Northeast Corner of Fifth Avenue and Seventy-ninth Street, New York City).— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MILNE SMITH.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Final Judicial Settlement of Account of Proceedings of WARD B. CHAMBERLAIN, as Successor Trustee under the Last Will and Testament of ANNE BISHOP, Deceased.— Preference granted for January 11, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK v. ISAAC G. JOHNSON & COMPANY.— Preference granted for January 4, 1927. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of HARRY ENGEL and Others, as Substituted Trustees, etc., of MARTIN ENGEL, Deceased, for Payment of Award for Damage Parcel No. 8, etc.— Motion denied upon the ground that the papers are insufficient, questions of facts being presented which should be disposed of before any order is made herein. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THOMAS SHOTKIN, Respondent, v. HENRIETTA P. ASHTON, Appellant — Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict of the jury is against the weight of the credible evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

HARRY GREENWALD, Respondent, v. ACHILLE JOANNIDI, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.